# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Qutique Manor, | ) | Civil Action No.: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **Exhibit A** |
| Town of Allendale, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because Exhibit A is an audio recording, Plaintiff hereby notifies the court, it will be sending in the recording via US Postal Service.