IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Qutique Manor, | ) | C/A No. 1:16-642-JMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Town of Allendale; Dwayne Ennis, *in his individual capacity*; and DeShawn Maner, *in his individual capacity*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff, Qutique Manor, filed this civil action in February 2016. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On November 15, 2017, the court issued a Fifth Amended Scheduling Order in this matter that set a dispositive motions deadline of April 1, 2018.[1] (ECF No. 41.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **April 10, 2018** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

April 3, 2018  
Columbia, South Carolina

Paige J. Gossett  
UNITED STATES MAGISTRATE JUDGE

---

[1] The court's Fifth Amended Scheduling Order also stated that no extension of this deadline would be granted absent extraordinary circumstances.